# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

March 26, 2014

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
327 S. Church Street
Rockford , IL 61101-0000

| No.: 13-1407 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>RITA A. CRUNDWELL, Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:12-cr-50027-1<br>Northern District of Illinois, Western Division<br>District Judge Philip G. Reinhard | |

The mandate or agency closing letter in this cause issued on December 9, 2013.
Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| | |
| Exhibits: | 1 |

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                                **Received by:**


_____                              _____



form name: **c7_Record_Return_toDC**(form ID: **205**)